IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                              PLAINTIFF

v.                              No. 3:15-cv-219-DPM

GARY GILBERT, Jailer, Correctional
Officer, Poinsett County Detention Center;
and JOEY MARTIN, Jail Administrator,
Poinsett County Detention Center                                            DEFENDANTS

ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Motion to proceed *in forma pauperis*, № 1, denied. Addison's complaint will be dismissed without prejudice for failure to pay the filing fee. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 August 2015