IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                                    PLAINTIFF

v.                                    No. 3:15-cv-219-DPM

GARY GILBERT, Jailer, Correctional
Officer, Poinsett County Detention Center;
and JOEY MARTIN, Jail Administrator,
Poinsett County Detention Center                                                   DEFENDANTS

## JUDGMENT

Addison's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 August 2015